Case 3:09-cv-01386-WHA Document 13 Filed 07/30/09 Page 1 of 3

Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANCHEZ GRADING, a California Corporation, and LEO SANCHEZ, an Individual,<br><br>Defendants. | Case No.: C09-01386 JL<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE and [~~PROPOSED~~] ORDER THEREON**<br><br>Date: July 8, 2009<br>Time: 10:30 a.m.<br>Ctrm: F, 15th Floor<br>Judge: The Honorable James Larson |

Plaintiffs herein respectfully request a Continuance of the Case Management Conference currently on calendar for July 8, 2009.

1. A Complaint was filed in this matter on March 30, 2009, and an Amended Complaint was filed in this matter on June 2, 2009.

2 Service on Defendants was effectuated on June 4, 2009, and a Proof of Service of Summons was filed with the Court on June 22, 2009.

3. A Request for Entry of Default was filed with the Court on June 29, 2009.

4. Plaintiffs are in the process of preparing a Motion for Default Judgment, which should be filed in the next several weeks. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for July 8, 2009, be continued to either

coincide with the date set for the Motion; continued for 60 days to allow disposition of the Motion or vacated entirely.

5. There are no issues that need to be addressed at the currently scheduled conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 30th day of June, 2009, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By:_____________/S/________________
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to September 30, 2009 at 10:30 a.m., and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.

Date: 7-1-09

James Larson
THE HONORABLE JAMES LARSON
UNITED STATES DISTRICT COURT JUDGE

Case 3:09-cv-01386-WHA Document 13 Filed 07/02/09 Page 3 of 3

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 30, 2009, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER THEREON**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Sanchez Grading**
**5698 E. Copper Ave.**
**Clovis, California 93619-9547**

**Leo Sanchez**
**5698 E. Copper Ave.**
**Clovis, California 93619-9547**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of June, 2009, at San Francisco, California.

________________/S/_______________
Vanessa de Fabrega