Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANCHEZ GRADING, a California Corporation, and LEO SANCHEZ, an Individual,<br><br>Defendants. | Case No.: C09-1386 JL<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER THEREON**<br><br>Date: December 2, 2009<br>Time: 10:30 a.m.<br>Ctrm: F, 15th Floor<br>Judge: The Honorable James Larson |

Plaintiffs in this action hereby submit their Case Management Statement and respectfully request that the Case Management Conference currently on calendar for December 2, 2009 be continued or vacated.

1. Plaintiffs were preparing their Motion for Default Judgment when the prior Case Management Conference, scheduled for September 30, 2009, was continued. Subsequent to that time, the parties have been in contact and are attempting to resolve this matter. If resolution is not reached within thirty days (end of December 2009), Plaintiffs will proceed to file their Motion for Default Judgment.

2. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for December 2, 2009, be continued to either coincide with the date to be set

for the Motion (March 2010); or continued for 60 days to allow for filing of the Motion.

3. There are no issues that need to be addressed by the parties or the Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the currently scheduled Case Management Conference be continued.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 25th day of November, 2009, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:_____/S/_____
Muriel B. Kaplan
Attorneys for Plaintiffs


IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to March 24, 2010_____ at _10:30 a.m._____.


Date: 11/30/09_____          _____/s/ James Larson_____
THE HONORABLE JAMES LARSON
UNITED STATES DISTRICT COURT JUDGE

-2-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
and [PROPOSED] ORDER THEREON
Case No.: C 09-1386 JL