Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANCHEZ GRADING, a California Corporation, and LEO SANCHEZ, an Individual,<br><br>Defendants. | Case No.:  C09-1386 WHA<br><br>[~~PROPOSED~~] *AMENDED* JUDGMENT |

Defendant LEO SANCHEZ *dba* SANCHEZ GRADING, having failed to plead or otherwise defend in this action and Judgment having previously been entered in favor of Plaintiffs on May 6, 2010,

Now, upon application of the Plaintiffs and upon declaration as to liquidated damages and interest calculations in compliance with ERISA § 502(g), 29.U.S.C. 1132(g),

It is hereby ORDERED, ADJUDGED AND DECREED that that *Amended* Judgment be entered totaling **$24,737.57**, as follows:

///

///

///

1
[PROPOSED] *AMENDED* JUDGMENT
CASE NO.: C09-1386 WHA

P:/Clients/OE3CL/Sanchez Grading/Pleadings/Motion for Default Judgment/C09-1386 wha Proposed Amended Judgment 051310,doc

| | |
|---|---:|
| Judgment granted on May 6, 2010. | $17,931.07 |
| Liquidated damages 1/05-12/06 and 8/08-9/08 | $2,076.67 |
| Interest 1/05-2/06 and 8/08-9/08 | $3,842.98 |
| Liquidated damages 11/07-12/07 | $707.75 |
| Interest 11/07-12/07 | $179.10 |
| **TOTAL** | **$24,737.57** |

Post-judgment interest shall accrue at the rate of 12% per annum on contributions and liquidated damages ($12,494.81), and at the legal rate on the other amounts due (interest; and audit fees, attorney's fees and costs per 5/6/10 Judgment) ($12,242.76) from March 18, 2010 to date of satisfaction of Judgment.

It is further ORDERED that the Court shall retain jurisdiction over this matter.

IT IS SO ORDERED.

Dated: June 14, 2010.

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE



2
**[PROPOSED]** *AMENDED* **JUDGMENT**
**CASE NO.: C09-1386 WHA**

P:/Clients/OE3CL/Sanchez Grading/Pleadings/Motion for Default Judgment/C09-1386 wha Proposed Amended Judgment 051310.doc